226 U. S. Decisions on Petitions for Writs of Certiorari.

No. 835. NEW YORK, NEW HAVEN & HARTFORD R. R. Co., OWNER, ETC., PETITIONER, v. RIVER & HARBOR TRANSPORTATION Co. November 4, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward D. Robbins* for the petitioner. *Mr. Charles C. Burlingham* for the respondent.

---

No. 822. JOHN L. HART, ADMINISTRATOR, ETC., PETITIONER, v. THE NORTHERN PACIFIC RAILWAY COMPANY. November 11, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Francis B. Hart* for the petitioner. No appearance for the respondent.

---

No. 830. JOHN W. PATTERSON, PETITIONER, v. THE UNITED STATES. November 18, 1912. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Matthew E. O'Brien* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

---

No. 809. E. A. BLOUNT ET AL., PETITIONERS, v. GEORGE E. DOWNS ET AL. December 2, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. C. McReynolds* and *Mr. George C. Greer* for the petitioners. *Mr. Hiram M. Garwood* and *Mr. Maxwell Evarts* for the respondents.

---

No. 841. DAN KOVOLOFF, PETITIONER, v. THE UNITED STATES. December 2, 1912. Petition for a writ of cer-